**F I L E D**

APR 29 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **19 CR  363** |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Section 641 |
| CHARISSE LANE | ) | **JUDGE LEFKOW** |
| | | **MAGISTRATE JUDGE HARJANI** |

The UNITED STATES ATTORNEY charges:

Beginning on or about May 1, 2014, and continuing through on or about December 1, 2014, at Dolton, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHARISSE LANE,

defendant herein, did steal, purloin, and knowingly convert to her own use money of the United States, namely, approximately $11,960 in funds administered by the Department of Veteran Affairs, which funds defendant was not entitled to receive, in violation of Title 18, United States Code, Section 641.

UNITED STATES ATTORNEY